IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ELENA SHAWBACK, )
)
                     Plaintiff, )
vs. )
)
WELLS FARGO BANK, N.A.; WELLS )
FARGO AND COMPANY; WELLS )
FARGO BANK, LTD )
)
                     Defendants, )
_____ )

Case No. 3AN-11-08273 Civil

## COMPLAINT

Comes Now Plaintiff, by and through counsel, and for her complaint, states and alleges as follows:

1. Plaintiff is a resident of Alaska, residing in the Third Judicial District.

2. Defendants own and operate Wells Fargo Bank offices and branches in the State of Alaska.

3. This court has jurisdiction over this matter pursuant to AS 22.10.020(i).

4. Plaintiff was employed by Wells Fargo's predecessor bank, National Bank of Alaska, and then by Wells Fargo Bank in Alaska for over 20 years. During that time she held many responsible position with Wells Fargo, and steadily advanced up the ranks from a clerk at age 15 to a Bank Manager, during

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999 / Fax 907-258-3804

Plaintiffs Complaint
*Shawback v Wells Fargo*, 3AN-11-_____ civ.            Page 1

which time she acquired a Batchelors Degree and then Masters Degree in Business Administration.

5. During her employ with Wells Fargo Plaintiff's work for the bank earned her many favorable reviews and she earned accolades and awards.

6. Nevertheless, Plaintiff was routinely denied benefits and opportunities for advancements accorded to her male counter-parts, as part of a systemically male biased employment and advancement system at Wells Fargo in Alaska.

7. In 2007, after performing well as a Financial Consultant and Business Specialist, Plaintiff started bidding on upper management jobs. Instead of appointing her to those positions, Wells Fargo appointed less qualified male employees to these positions.

8. When Plaintiff asked what she had to do to move up in the company she was told she needed to get more management experience.

9. Plaintiff followed this advice and took a Bank Manager's job in Palmer, Alaska. Although she did well in this position, she was turned down for the position of manager of a bigger store in Wasilla, in 2009 in favor of a less qualified person.

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999 /Fax 907-258-3804

Plaintiffs Complaint
*Shawback v Wells Fargo*, 3AN-11-____civ.                                        Page 2

Case 3:11-cv-00243-JWS   Document 1-1   Filed 12/13/11   Page 2 of 4

10. When Plaintiff indicated her dissatisfaction with what she perceived as a "glass ceiling" at Wells Fargo, Alaska, she was subjected to the first poor review of her career, which were not warranted under the circumstances.

11. When it became apparent to Plaintiff that she was being "set up" for a contextual separation for trying to "buck" the male biased advancement system and possibly posing a threat to that system, Plaintiff resigned on June 12, 2009.

12. True to form, Wells Fargo replaced Plaintiff with a less qualified male employee.

13. Plaintiff's denial of advancement opportunities, advancement, and eventual constructive discharge from her job at Wells Fargo for trying to go against the male biased status quo at Wells Fargo Bank in Alaska, was in violation of A.S. 18.80.220, and Plaintiff is entitled to relief as set forth in AS 22.10.020(i).

14. As a proximate and legal cause of the conduct complained of in this Complaint, Plaintiff lost in excess of $200,000 from June 12, 2009 to date, in the way of lost pay and benefits, which losses are continuing.

Plaintiffs Complaint
*Shawback v Wells Fargo*, 3AN-11-____civ.                                                          Page 3

Case 3:11-cv-00243-JWS   Document 1-1   Filed 12/13/11   Page 3 of 4

15. Pursuant to A.S. 22.10.020(i) Plaintiff is entitled to monetary compensation for her losses and equitable relief enjoining the practices of the Defendants, which violate AS 18.80.220, as complained of in this suit.

WHEREFORE Plaintiff prays for a Judgment in her favor and against Defendants, jointly and severally, in an amount to be proven at trial, but in any case to exceed the jurisdictional requirements of this court, plus costs, interest, attorneys fees and other equitable relief as is just and necessary to correct the practices complained of herein, pursuant to AS 22.10.020(i).

DATED THIS 10TH DAY OF JUNE, 2011.

FLANIGAN & BATAILLE
ATTORNEYS FOR PLAINTIFFS

By Michael W. Flanigan
ABA# 7710114

FLANIGAN & BATAILLE
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999 / Fax 907-258-3804

Plaintiffs Complaint
*Shawback v Wells Fargo*, 3AN-11-____civ.                                                                 Page 4

Case 3:11-cv-00243-JWS   Document 1-1   Filed 12/13/11   Page 4 of 4