Jon S. Dawson
Elizabeth P. Hodes
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., #1100
Anchorage, AK 99503
(907) 257-5300
Email: jondawson@dwt.com
          elizabethhodes@dwt.com

Attorneys for Wells Fargo Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELENA SHAWBACK, | ) |
| Plaintiff, | ) Case No. 3:11-cv-00243-JWS |
| vs. | ) |
| WELLS FARGO BANK, N.A., | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

Each party, through its respective undersigned counsel of record, hereby stipulates

pursuant to Fed. R. Civ. P. 41(a)(1) to dismiss all claims in the above-captioned action

with prejudice, including dismissal with prejudice of all claims asserted by plaintiff

herein, and all claims which could have been asserted by plaintiff based upon the subject

matter and factual allegations of the complaint. The parties further stipulate that each

party shall bear its own costs and attorneys' fees.

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399

DATED this 15th day of _October_, 2013.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants Wells Fargo Bank, N.A.

By: _____
Elizabeth P. Hodes, ABA # 0511108
Jon S. Dawson, ABA # 8406022
Davis Wright Tremaine LLP
188 W. Northern Lights Blvd., #1100
Anchorage, Alaska 99503
Phone: (907) 257-5300
Email: elizabethhodes@dwt.com
Email: jondawson@dwt.com

DATED this 15th day of _October_, 2013.

FLANIGAN & BATAILLE
Attorneys for Plaintiff Elena Shawback

By: _____
Michael W. Flanigan, ABA # 7710114
1007 W. 3rd. Ave., Suite 300
Anchorage, AK 99501
Phone: (907) 279-9999
mflanigan@farnorthlaw.com

STIPULATION TO DISMISS WITH PREJUDICE - 2
*Shawback v. Wells Fargo Bank, N.A.*, Case No. 3:11-cv-00243-JWS

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399

1

2

3 Certificate of Service:

4 I certify that on October 16, 2013, a true and correct
copy of the foregoing STIPULATION TO DISMISS WITH
PREJUDICE was filed and served

5 through the Court's ECF system and on:

6 Michael Flanigan
Flanigan & Bataille
mflanigan@farnorthlaw.com

7 By:   /s/ Elizabeth P. Hodes

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 STIPULATION TO DISMISS WITH PREJUDICE  - 3

24 *Shawback v. Wells Fargo Bank, N.A.*, Case No. 3:11-cv-00243-JWS

25 DWT 22631545v1 0088288-000015